

**U.S. Department of Justice**

*United States Attorney*
*Western District of New York*

620 Federal Building            (585) 263-6760
100 State Street                FAX(585) 263-6226
Rochester, New York 14614       bradley.e.tyler@usdoj.gov

August 16, 2007

Hon. Thomas J. McAvoy, Senior Judge
United States District Court
for the Northern District of New York
225 Federal Building, 15 Henry Street
Binghamton, New York 13902



    RE:  **United States v. Dennis J. Nelson**
         **05-CR-6169TJM & 06-CR-6241TJM**

Dear Judge McAvoy:

    I have enclosed with this letter a copy of a report from the United States Marshals Service in Boston, Massachusetts, concerning the above-referenced defendant. The text of the report speaks for itself, generally indicating that the defendant Nelson continues to re-offend by way of sending threatening letters to members of the federal judiciary.

    Unfortunately, in this instance, the contents of the threatening letter caused great distress to Secretary Barbara Clark, affected an emergency response to the Federal Courthouse by the Boston Fire Department, and the evacuation of the Federal Courthouse.

    I ask that the Court consider this event as well as prior instances where the defendant Nelson, since the entry of his guilty plea re-offends, for the purpose of determining the appropriate sentence in this case.

                                Sincerely,

                                TERRANCE P. FLYNN
                                United States Attorney

                By:  BRADLEY E. TYLER
                      Assistant U.S. Attorney

BET/lap
cc: Robert G. Smith, Esq.
    Kevin Lyons, USPO

United States Marshals Service
LIMITED OFFICIAL USE
Subject Report for NELSON,DENNIS J (FID 632589)



Case Number: 0738-0719-1643-T
　　Case Status: ACTIVE
　Originating District: 038 - MA  BOSTON (Warrants)
　　Lead Deputy: ABERNATHY,THOMAS

　I.C. Information:
　　Receiving Person: 949153 - LASKER,MORRIS
　　　　　　　　　　　USDCJ
　　　　　I.C. Date: 07/18/2007
　　Received Date: 07/18/2007
　　Reported Date: 07/18/2007
　Address Information:
Received At Office　　　Sent From Office
USDC - D/MA　　　　　GREAT MEADOW CORRECTIONAL FACI
ONE COURTHOUSE WAY　BOX 51
BOSTON,MA 02210　　　COMSTOCK,NY 12821
　　Method of Delivery: Written
　　　　　Residency: Incarcerated
　　　　　　Financial: Adequate Finances by Others
　　　　Employment: Unemployable
　　　　　　Weapons: Confirmed No Weapons
　　Weapons Persona: Fascination/identification
　At Risk by Court Action: Employment Finances Residence
　　　　　Neighbors: Assaultive or Intimidating
　　Mental Health: Court ordered treatment
　　　　Familiarity: No Evidence
　Investigation By: USMS and FBI
　　　　　　Notified: FBI BOSTON DIV BOSTON 07/18/2007
　　　　　　　Agent: JTTF MIKE FAHEY
　　　　　　　　　　ONE CENTER PLAZA
　　　　　　　　　　BOSTON,MA 02108
　Incident Report:
On 07/18/2007, the USMS responded to a call from Judge Lasker's chambers. Secretary Barbara Clarke reported a letter was received containing white powder and a death threat to Judge Lasker. The letter also contained a bomb threat to Judge Lasker and his family.

JSI Abernathy responded to the call. Clarke had spilled the white powder all over her person and her work station. JSI Abernathy ordered the building management to shut down the air to the east wing. Boston Fire and FPS were also notified.

Boston Fire arrived and requested that the courthouse be evacuated. The Boston Fire Department Hazardous Material Team field tested the small amount powder found in the letter. The field test revealed the substance to be Cesium Hydroxide Monohydrate. The chemical is used as catalyst used in metal production. The chemical can be harmful if touched or ingested, but causes no harm in the air. According to the BFD, the chemical caused no harm to anyone in the courthouse.

At 1636 the all clear was given by the Boston Fire Department. Courthouse personnel were allowed back into the Moakley Courthouse. The JTTF transported the letter and powder to the state hazardous material lab. The Boston JTTF and the USMS have initiated a criminal investigation for threats and a hoax device.
　　　　　　　Motive: Personal to source
　　　　　　　Nature: Physical
　　Clearly Identified: Target and Source
　　　　　Conditions: Immediate
　　　　　　Mosaic: Rating 7 IQ 140
　　　　File Number: 632589
　　　　Jurisdiction: Federal
　　　　　Analysis:
NUMBER OF CASES: 111
CRITERIA: METHOD IS WRITTEN, MOTIVE IS IRRATIONAL, RESIDENCY IS INCARCERATED, TARGET IDENTIFIED IS TRUE, SOURCE IDENTIFIED IS TRUE, SUSPECT IS KNOWN
OUTCOMES WERE: FALSE 96.4%  ENHANCED 2.7%  VIOLENT 0.9%  DATE: 07/20/2007
　　　　　Remarks:
BASIS FOR ANALYSIS: DIRECT THREAT,REFERENCE TO DEATH,BIZARRE OR UNREASONABLE SOLICITATION.
STANDARD ANALYSIS COMPLETED: 07/20/2007, S/Y